# UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division


**U.S.A. vs. David Granville Tanner**                    **Docket No. 7:12-CR-70-1BR**


### Petition for Action on Probation

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, David Granville Tanner, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on January 14, 2013, to 3 years probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was being drug tested under a misdemeanor term of supervision that was being served concurrently. However, as the misdemeanor term of supervision was completed on April 1, 2015, it is recommended that the special condition providing for drug testing and treatment be added in this case for continued monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ David W. Leake
David W. Leake
U.S. Probation Officer
2 Princess Street Suite 308
Wilmington, NC 28401-3958
Phone: 910-346-5109
Executed On: April 24, 2015

**ORDER OF THE COURT**

      Considered and ordered this _____27_____ day of _____April_____, 2015 and ordered filed and made a part of the records in the above case.


_____

W. Earl Britt
Senior U.S. District Judge